In the Matter of TAMARA HART, Respondent-Appellant, v. GEORGE K. WYMAN, as Commissioner of the Department of Social Services of the State

of New York, Appellant-Respondent.—

Concur — Stevens, P. J., Capozzoli, Nunez, McNally and Tilzer, JJ.